**FILED**
August 22, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-070330 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SHERRY MACHADO, ) | |
| ) | |
| Defendant. ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHERRY MACHADO  , Case No.  CR. S-070330 FCD  , Charge  Title 21 USC § 846  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ _75,000_ Secured by daughter's Idaho property

    _X_ Unsecured Appearance Bond - until posting of property within 2 weeks

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other)  Pretrial Services Supervision of Conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 22, 2007  at  2:50  pm.

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge