DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant
SHERRY MACHADO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>DANIEL MACHADO and SHERRY MACHADO,<br><br>    Defendant. | Cr. S-07-0330 FCD<br><br>**STIPULATION AND ORDER REGARDING PROOF OF REAL PROPERTY SECURITY** |

The parties request that the due date for defendant Sherry Machado to show proof of the real property security interest ordered by the Court as a condition of her release be extended until September 17, 2007. This request is being made because the real property is located in the State of Idaho and the appraisal cannot be completed until September 7, 2007 at the earliest.

//

//

//

//

//

-1-

The parties agree and stipulate that the interests of justice are served by such extension of time.

September 4, 2007          /s/ Mike Beckwith
                           _____
                           MIKE BECKWITH
                           Assistant United States Attorney


September 4, 2007          /s/ Dan Koukol
                           _____
                           DAN KOUKOL
                           Attorney for Defendant
                           SHERRY MACHADO

## ORDER

Defendant, Sherry Machado, must provide proof of the real property security ordered by the Court as a condition of her release no later than September 17, 2007.

IT IS SO ORDERED.

Dated: 9/10/07             /s/ Gregory G. Hollows
                           United States Magistrate Judge

Machado.ord