1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com

6  Attorney for Defendant
   DANIEL MACHADO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-cr-0330 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| DANIEL MACHADO and SHERRY MACHADO, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the status conference scheduled for September 17, 2007, shall be continued to November 5, 2007 at 10:00 a.m.

The defense requests additional time to prepare based upon the provision of requested discovery by the United States which must be reviewed; and, upon which defense investigation may be necessary.

The parties stipulate that the foregoing justifies an exclusion of time between September 17, 2007 and November 5, 2007, within which the trial of this case must be

//

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1  commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161
2  (h)(8)(B)(iv) and Local Code T4 (time for defense counsel to prepare).

3  Dated:  September 14, 2007                McGREGOR W. SCOTT
                                             UNITED STATES ATTORNEY
4

5                                            By: /s/ Michael M.  Beckwith *
                                             MICHAEL M.  BECKWITH
6                                               Assistant U.S. Attorney
                                                *Signed with permission
7

8  Dated:  September 14, 2007                 /s/ David W. Dratman
                                             DAVID W. DRATMAN
9                                            Attorney for Defendant
                                             DANIEL MACHADO
10

11 Dated:  September 14, 2007                /s/ Dan Koukol*
                                             DAN KOUKOL
12                                           Attorney for Defendant
                                             SHERRY MACHADO
13                                           *Signed with permission

14

15         IT IS SO ORDERED.

16 Dated: September 14, 2007

17

18                                           _____
19                                           FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE