DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant
SHERRY MACHADO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Cr. S-07-0330 FCD** |
| Plaintiff, | **STIPULATION AND ORDER REGARDING REAL PROPERTY SECURITY** |
| vs. | |
| DANIEL MACHADO and SHERRY MACHADO, | |
| Defendant. | |

The parties request that the amount of security required to be posted by defendant Sherry Machado as a condition of her release be reduced to forty eight thousand four hundred and twenty nine dollars ($48,429.00).

//

//

//

//

//

//

The parties agree and stipulate that the interests of justice are served by such reduction.

-1-

| | |
|---|---|
| September 12, 2007 | /s/ Mike Beckwith |
| | _____ |
| | MIKE BECKWITH |
| | Assistant United States Attorney |
| | |
| September 12, 2007 | /s/ Dan Koukol |
| | _____ |
| | DAN KOUKOL |
| | Attorney for Defendant |
| | SHERRY MACHADO |

## ORDER

Defendant, Sherry Machado, must provide real property security, in the amount of forty eight thousand four hundred twenty nine dollars ($48,429.00) as a condition of her release.

IT IS SO ORDERED.

Dated: 9/20/07        /s/ Gregory G. Hollows

United States Magistrate Judge

Machado.ord2