DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANIEL MACHADO and<br>SHERRY MACHADO,<br><br>            Defendants. | **Cr. S-07-0330 FCD**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the status conference scheduled for November 5, 2007, shall be continued to January 8, 2008 at 10:00 a.m.

The defense requests additional time to prepare based upon the provision of requested discovery by the United States which must be reviewed; and, upon which defense investigation is necessary. The defense is also seeking to obtain certain documentation relating to the real property involved in this case.

The parties stipulate that the foregoing justifies an exclusion of time between November 5, 2007 and January 8, 2008, within which the trial of this case must be

1  commenced, pursuant to the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

2  (h)(8)(B)(iv) and Local Code T4 (time for defense counsel to prepare).

3  Dated:  November 1, 2007                McGREGOR W. SCOTT
                                           UNITED STATES ATTORNEY
4

5                                          By: /s/ Michael M.  Beckwith *
                                           MICHAEL M.  BECKWITH
6                                             Assistant U.S. Attorney
                                              *Signed with permission
7

8  Dated:  November 1, 2007                 /s/ David W. Dratman
                                            DAVID W. DRATMAN
9                                           Attorney for Defendant
                                            DANIEL MACHADO
10

11 Dated:  November 1, 2007                 /s/ Dan Koukol*
                                            DAN KOUKOL
12                                          Attorney for Defendant
                                            SHERRY MACHADO
13                                          *Signed with permission

14                                          ORDER

15       The Court, having considered the stipulation of the parties, and good cause appearing

16 therefrom, adopts the stipulation of the parties in its entirety as its order.   Based on the stipulation

17 of the parties, the Court finds that the failure to grant a continuance in this case would deny defense

18 counsel reasonable time necessary for effective preparation, taking into account the exercise of due

19 diligence.  The Court specifically finds that the ends of justice served by the granting of such

20 continuance outweigh the interests of the public and that the time from November 5, 2007 to and

21 including January 8, 2008, shall be excluded from computation of time within which the trial of this

22 case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense

23 counsel to prepare)(Title 18, U.S.C.§ 3161(h)(8)(B)(iv).

24      IT IS SO ORDERED.

25 Dated: November 1, 2007

26
                                           _____
27                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE
28

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE