DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MACHADO and<br>SHERRY MACHADO,<br><br>Defendants. | **Cr. S-07-0330 FCD**<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the motions hearing scheduled for May 19, 2008 shall be continued to June 16, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   May 2, 2008;

Government response:   June 2, 2008;

Defense reply, if any:   June 9, 2008

Hearing on Motions:   June 16, 2008.

The parties stipulate that the foregoing justifies an exclusion of time between April 28, 2008

1  and June 16, 2008, within which the trial of this case must be commenced, pursuant to the provisions
2  of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 (time for
3  defense counsel to prepare).

4  Dated:  April 10, 2008                                            McGREGOR W. SCOTT
                                                                                      UNITED STATES ATTORNEY
5

6                                                                                    By: /s/ Michael M.  Beckwith *
                                                                                      MICHAEL M.  BECKWITH
7                                                                                          Assistant U.S. Attorney
                                                                                             *Signed with permission
8

9  Dated:  April 10, 2008                                             /s/ David W. Dratman
                                                                                      DAVID W. DRATMAN
10                                                                                   Attorney for Defendant
                                                                                      DANIEL MACHADO
11

12 Dated:  April 10, 2008                                             /s/ Dan Koukol*
                                                                                      DAN KOUKOL
13                                                                                   Attorney for Defendant

14                                                                                   SHERRY MACHADO

15       IT IS SO ORDERED.

16 Dated: April 10, 2008

17

18

19                                                                                   FRANK C. DAMRELL, JR.
                                                                                      UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28