DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANIEL MACHADO and<br>SHERRY MACHADO,<br><br>            Defendants. | CR. S-07-0330 FCD<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the motions hearing scheduled for June 16, 2008 shall be continued to September 8, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   August 1, 2008;

Government response:   August 25, 2008;

Defense reply, if any:   September 1, 2008

Hearing on Motions:   September 8, 2008.

The parties stipulate that the foregoing justifies an exclusion of time between June 16, 2008

1  and September 8, 2008 within which the trial of this case must be commenced, pursuant to the
2  provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4
3  (time for defense counsel to prepare).

4  Dated: June 13, 2008                                McGREGOR W. SCOTT
                                                       UNITED STATES ATTORNEY
5

6                                                      By: /s/ Michael M. Beckwith *
                                                       MICHAEL M. BECKWITH
7                                                         Assistant U.S. Attorney
                                                          *Signed with permission
8

9  Dated: June 13, 2008                                 /s/ David W. Dratman
                                                        DAVID W. DRATMAN
10                                                      Attorney for Defendant
                                                        DANIEL MACHADO
11

12 Dated: June 13, 2008                                 /s/ Dan Koukol*
                                                        DAN KOUKOL
13                                                      Attorney for Defendant
                                                        SHERRY MACHADO
14                                                      *Signed with permission

15                                          ORDER

16     The Court, having considered the stipulation of the parties, and good cause appearing
17 therefrom, adopts the stipulation of the parties in its entirety. The Court finds that the failure to
18 grant a continuance of the briefing schedule in this case would deny defense counsel reasonable time
19 necessary for effective preparation, taking into account the exercise of due diligence. The Court
20 specifically finds that the ends of justice served by the granting of such continuance outweigh the
21 interests of the public and that the time from June 16, 2008 to and including September 8, 2008,
22 shall be excluded from computation of time within which the trial of this case must be commenced
23 under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).
24     It is so ordered.

25

26 Dated: June 13, 2008

27                                                      FRANK C. DAMRELL, JR.
                                                        United States District Court Judge
28