DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MACHADO and<br>SHERRY MACHADO,<br><br>Defendants. | Cr. S-07-0330 FCD<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the motions hearing scheduled for September 8, 2008 shall be continued to December 15, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   October 27, 2008;

Government response:   November 24, 2008;

Defense reply, if any:   December 1, 2008

Hearing on Motions:   December 15, 2008.

STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE

1    The parties stipulate that the foregoing justifies an exclusion of time between September 8,
2    2008 and December 15, 2008 within which the trial of this case must be commenced, pursuant to
3    the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code
4    T4 (time for defense counsel to prepare).

5    Dated:  September 4, 2008           McGREGOR W. SCOTT
                                         UNITED STATES ATTORNEY
6

7                                        By: /s/ Michael M.  Beckwith *
                                             MICHAEL M.  BECKWITH
8                                            Assistant U.S. Attorney
                                             *Signed with permission
9

10   Dated:  September 4, 2008            /s/ David W. Dratman
                                         DAVID W. DRATMAN
11                                       Attorney for Defendant
                                         DANIEL MACHADO
12

13   Dated:  September 4, 2008           /s/ Dan Koukol*
                                         DAN KOUKOL
14                                       Attorney for Defendant
                                         SHERRY MACHADO
15                                       *Signed with permission

16                                       ORDER

17   The Court, having considered the stipulation of the parties, and good cause appearing
18   therefrom, adopts the stipulation of the parties in its entirety.  The Court finds that the failure to
19   grant a continuance of the briefing schedule in this case would deny defense counsel reasonable time
20   necessary for effective preparation, taking into account the exercise of due diligence.  The Court
21   specifically finds that the ends of justice served by the granting of such continuance outweigh the
22   interests of the public and that the time from September 8, 2008 to and including December 15,
23   2008, shall be excluded from computation of time within which the trial of this case must be
24   commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to
25   prepare).
26   It is so ordered.
27   Dated: September 5, 2008
                                         _____
                                         FRANK C. DAMRELL, JR.
28                                       UNITED STATES DISTRICT JUDGE