DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DANIEL MACHADO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL MACHADO and<br>SHERRY MACHADO,<br><br>　　　　　Defendants. | **CR.S-07-0330 FCD**<br><br>**STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the hearing hearing scheduled for December 15, 2008 shall be continued to January 12, 2009 at 10:00 a.m. for the anticipated resolution of this case, pursuant to a plea agreement with Daniel Machado; and, a deferred prosecution agreement as to Sherry Machado.  The additional time is necessary for defense counsel to obtain and review the details of these proposed agreements with their respective clients who currently reside in the state of Idaho.

　　　　The parties stipulate that the foregoing justifies an exclusion of time between December 15, 2008 and January 12, 2009 within which the trial of this case must be commenced, pursuant to the

1  provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4
2  (time for defense counsel to prepare).

3  Dated:  December 10, 2008             McGREGOR W. SCOTT
                                         UNITED STATES ATTORNEY
4

5                                        By: /s/ Michael M.  Beckwith *
                                             MICHAEL M.  BECKWITH
6                                            Assistant U.S. Attorney
                                             *Signed with permission
7

8  Dated:  December 10, 2008              /s/ David W. Dratman
                                          DAVID W. DRATMAN
9                                         Attorney for Defendant
                                          DANIEL MACHADO
10

11 Dated:  December 10, 2008             /s/ Dan Koukol*
                                         DAN KOUKOL
12                                       Attorney for Defendant
                                         SHERRY MACHADO
13                                       *Signed with permission

14                                   **ORDER**

15      The Court, having considered the stipulation of the parties, and good cause appearing
16 therefrom, adopts the stipulation of the parties in its entirety.  The Court finds that the failure to
17 grant a continuance in this case would deny defense counsel reasonable time necessary for effective
18 preparation, taking into account the exercise of due diligence.  The Court specifically finds that the
19 ends of justice served by the granting of such continuance outweigh the interests of the public and
20 that the time from December 15, 2008 to and including January 12, 2009, shall be excluded from
21 computation of time within which the trial of this case must be commenced under the Speedy Trial
22 Act, pursuant to Local Code T4 (time for defense counsel to prepare).
23      It is so ordered.
24 Dated: December 11, 2008

25

26                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE
27

28