1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5

6  Attorney for Defendant
   DANIEL MACHADO
7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. S-07-0330 FCD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING  STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| DANIEL MACHADO and SHERRY MACHADO, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michael M. Beckwith, Assistant U.S. Attorney; Daniel Machado, through his attorney, David W. Dratman; and, Sherry Machado, through her attorney, Dan F. Koukol, that the hearing hearing scheduled for January 12, 2009 shall be continued to February 23, 2009 at 10:00 a.m. for the anticipated resolution of this case, pursuant to a plea agreement with Daniel Machado; and, a deferred prosecution agreement as to Sherry Machado.  The additional time is necessary for defense counsel to review the details of these proposed agreements with their respective clients who currently reside in the state of Idaho.

The parties stipulate that the foregoing justifies an exclusion of time between January 12, 2008 and February 23, 2009 within which the trial of this case must be commenced, pursuant to the

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 (time for defense counsel to prepare).

Dated: January 7, 2009        LAWRENCE G. BROWN
                              ACTING UNITED STATES ATTORNEY

                              By: /s/ Michael M. Beckwith *
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney
                              *Signed with permission

Dated: January 7, 2009         /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              DANIEL MACHADO

Dated: January 7, 2009        /s/ Dan Koukol*
                              DAN KOUKOL
                              Attorney for Defendant
                              SHERRY MACHADO
                              *Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety. The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from January 12, 2009 to and including February 23, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare).

IT IS SO ORDERED.

Dated: January 7, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE