LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S-07-0330-FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT AND ORDER |
| SHERRY MACHADO, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the indictment against SHERRY MACHADO in Case No. S-07-0330-FCD, filed on August 2, 2007.

The two-count indictment charges the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Manufacture Over 100 Plants of Marijuana and Manufacturing Over 100 Plants of Marijuana.

This motion is made in the interest of justice in light of evidence discovered post-indictment regarding the defendant's participation in the conspiracy and manufacturing charges.

///

1  The defendant is currently out of custody under the
2  supervision of a Pretrial Services Officer.

4  DATE: February 27, 2009                LAWRENCE G. BROWN
                                          Acting United States Attorney

6                                     By: /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
7                                         Assistant U.S. Attorney

10                         **O R D E R**

12  APPROVED AND SO ORDERED:

16  DATED: February 27,2009
                                          FRANK C. DAMRELL, JR.
17                                        UNITED STATES DISTRICT JUDGE