DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**SHERRY MACHADO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-07-00330 FCD |
| Plaintiff, | ORDER EXONERATING BOND |
| vs. | DATE: March 12, 2009 |
| SHERRY MACHADO, | TIME: 9:00 AM |
| Defendant. | JUDGE: Hon. Frank Damrell, Jr. |

On February 27, 2009, this Court having issued a Order to Dismiss Indictment on behalf of the defendant Sherry Machado;

IT IS THEREFORE ORDERED that all security posted on behalf of the defendant, Sherry Machado, is exonerated; and, the Clerk's office is ordered to reconvey all security posted forthwith.

DATED: March 13, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-1-